UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MICHAEL BARRETO,<br><br>                    Defendant. | 19 Cr. 909 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

As discussed at the parties' conference with the Court on this matter on September 8, 2020, it is hereby ORDERED that the following trial schedule will be in effect:

- Trial will commence on **February 22, 2021, at 9:00 a.m.**;

- The parties' respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **January 25, 2021**;

- Any opposition papers to motions *in limine* will be due **February 1, 2021**; and

- The final pretrial conference will be scheduled for **February 9, 2021, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   September 8, 2020
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge