UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

MICHAEL BARRETO,

        Defendant.
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19-CR-909 (KPF)

Defendant ___Michael Barreto___ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_x_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


_AW pp Michael Barreto_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Michael Barreto
**Print Defendant's Name**

_Ariel Werner_
Defense Counsel's Signature

Ariel Werner
**Print Defense Counsel's Name**

This proceeding was conducted by reliable videoconferencing technology.

September 8, 2020
_____
Date

_Katherine Polk Failla_
_____
U.S. District Judge