UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>MICHAEL BARRETO,<br><br>            Defendant. | ORDER<br><br>S1 19 Cr. 909 (KPF) |

It is hereby ORDERED, pursuant to Title 18, United States Code, Sections 4241(a), 4241(b), and 4247(b), that Cheryl Paradis, Psy.D., a forensic psychiatrist, is appointed to conduct a psychiatric examination of defendant Michael Barreto in order to determine whether Mr. Barreto is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

It is further ORDERED, pursuant to Title 18, United States Code, Section 4247(b), that Dr. Paradis complete the examination of Mr. Barreto within forty-five (45) days from the entry of this Order.

It is further ORDERED that parties provide all relevant materials to Dr. Paradis, and to facilitate Dr. Paradis's examination of Mr. Barreto, in order to ensure that Dr. Paradis can complete her examination of Mr. Barreto as quickly as possible.

It is further ORDERED, pursuant to Title 18, United States Code, Section 4247(c), that within a reasonable period of time following the conclusion of the examination, Dr. Paradis file a psychiatric or psychological report containing the findings of her examination with the Court, with copies provided to defense counsel Jennifer L. Brown, Christopher A. Flood, Neil P. Kelly, Ariel Werner, 52 Duane Street, New York, New York 10007, and to the United States, by its attorney Audrey Strauss, United States Attorney for the Southern District of New York, Kedar S. Bhatia, Assistant United States Attorney, Of Counsel, One Saint Andrew's Plaza, New York, New York 10007.

It is further ORDERED, that the Clerk of the Court serve a copy of this Order upon the United States Marshals Service for the Southern District of New York and the Bureau of Prisons.

SO ORDERED.

Dated:  New York, New York
        April 15, 2021

_____
THE HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE