**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 25, 2022

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *United States v. Michael Barreto*, 19 Cr. 909 (KPF)

Dear Judge Failla:

    We write without objection from the Government to respectfully request a 60-day extension of the currently scheduled deadlines in the above-captioned matter. As the Court is aware, the parties have been actively negotiating for many months in an effort to resolve this case. Since September of 2021, the defense and several members of the United States Attorney's Office have been in dialogue about an appropriate resolution. That process concluded on March 11, 2022. With these negotiations behind us, and the terms of a potential agreement now in focus, the parties require additional time to try to finalize a disposition.

    We respectfully request that the time between May 24, 2022 and the next court date be excluded under the Speedy Trial Act. Excluding time will serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to continue working towards a pretrial resolution of the matter.

    Respectfully submitted,

    /s/
Ariel Werner
Christopher Flood
Neil P. Kelly
Assistant Federal Defenders

cc:   AUSA Kedar Bhatia
      AUSA Brandon Harper

The Court hereby GRANTS the parties' request for a 60-day adjournment of the pretrial motions schedule. The parties shall adhere to the following briefing schedule: Defendant's opening brief is due **June 6, 2022;** the Government's opposition is due **June 27, 2022;** and Defendant's reply is due **July 6, 2022.** Further, the motion hearing scheduled for May 24, 2022 is hereby ADJOURNED to **July 28, 2022, at 3:30 p.m.**

Moreover, it is ORDERED that time be excluded under the Speedy Trial Act between March 25, 2022, and July 28, 2022. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because it will permit the parties to engage in discussions regarding a potential pretrial disposition.

Finally, the Clerk of Court is directed to terminate the pending motion at docket number 47.

Dated:    March 25, 2022          SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE