# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 25, 2022

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



   **Re:** *United States v. Michael Barreto*, 19 Cr. 909 (KPF)

Dear Judge Failla:

  We write without objection from the Government to respectfully request a 60-day extension of the currently scheduled deadlines in the above-captioned matter. The parties have been actively negotiating in an effort to resolve this case for many months, but Mr. Barreto has yet to receive a formal, written plea offer from the Government.  The Government expects that it will be able to provide one very soon.

  We consent to the exclusion of time under the Speedy Trial Act from July 28, 2022 through the next scheduled court date.  Excluding time will serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to continue working towards a pretrial resolution of the matter.

     Respectfully submitted,

     /s/
     Ariel Werner
     Neil P. Kelly
     Assistant Federal Defenders

cc: AUSA Kedar Bhatia
   AUSA Brandon Harper

Application GRANTED.  The Court hereby GRANTS the parties'
request for a 60-day adjournment of the pretrial motions
schedule.  The parties shall adhere to the following briefing
schedule: Defendant's opening brief is due **August 5, 2022**; the
Government's opposition is due **August 26, 2022**; and Defendant's
reply is due **September 5, 2022.** Further, the motion hearing
scheduled for July 28, 2022 is hereby ADJOURNED to **October 4,
2022, at 3:30 p.m.**  Moreover, it is ORDERED that time be
excluded under the Speedy Trial Act between May 25, 2022, and
September 5, 2022. The Court finds that the ends of justice
served by excluding such time outweigh the interests of the
public and Defendant in a speedy trial because it will permit
the parties to engage in discussions regarding a potential
pretrial disposition. Finally, the Clerk of Court is directed to
terminate the pending motion at docket number 49.

Dated:      May 25, 2022            SO ORDERED.
            New York, New York

_Katherine Polk Failla_

            HON. KATHERINE POLK FAILLA
            UNITED STATES DISTRICT JUDGE