**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 17, 2023

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *United States v. Michael Barreto*, **19 Cr. 909 (KPF)**

Dear Judge Failla:

    We write with the consent of the Government to respectfully request a 30-day adjournment of Michael Barreto's sentencing proceeding, presently scheduled for April 27, 2023.

    An adjournment will allow time for counsel to review and respond to a forthcoming draft of Probation's Presentence Report and to incorporate information from that report into our sentencing submission. An adjournment will also allow for the thorough completion of a report by Erik Mercer, LCSW that will accompany our submission and provide the Court with helpful information about Mr. Barreto's history and characteristics.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Ariel Werner
Neil P. Kelly
Assistant Federal Defenders

cc:   counsel of record

```
Application GRANTED.  The sentencing currently scheduled for
April 27, 2023, is hereby ADJOURNED to May 30, 2023, at 3:00 p.m.
```

```
Dated:    March 17, 2023
          New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE