**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 14, 2023

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *United States v. Michael Barreto*, 19 Cr. 909 (KPF)

Dear Judge Failla:

We write with the consent of the Government to respectfully request another short adjournment of Michael Barreto's sentencing proceeding, presently scheduled for May 30, 2023. The parties are available any time on June 22, June 23, June 26, and June 27, and before 1:00 p.m. on June 28.

We are hopeful that an adjournment will allow for the presence of Mr. Barreto's full defense team, which will not be possible on May 30, 2023. Moreover, our team, including mitigation specialist LCSW Erik Mercer, requires additional time to prepare Mr. Barreto for sentencing in the aftermath of a sudden death in the family a few weeks ago, felt by Mr. Barreto as a devastating loss.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Ariel Werner
Neil P. Kelly
Assistant Federal Defenders

cc:   counsel of record

```
Application GRANTED.  The sentencing proceeding currently scheduled
for May 30, 2023, is hereby ADJOURNED to June 27, 2023, at 2:30 p.m.
The Court expresses its condolences to Mr. Barreto for his loss.

                                        SO ORDERED.
Dated:     April 14, 2023
           New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE