

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2023

**BY CM/ECF**
The Hon. Katherine Polk Failla
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Michael Barreto*, 19 Cr. 909 (KPF)

Dear Judge Failla:

  The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

        by: /s/ Kedar S. Bhatia
         Kedar S. Bhatia
         Assistant United States Attorney
         212-637-2465

```
Application GRANTED.  The Court wishes Mr. Bhatia luck in his
career.

The Clerk of Court is directed to terminate the pending motion
at docket number 74.

Dated:    September 22, 2023         SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

```
                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE
```